# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: John Elbert Williams, Jr.   } Case No. 09-16327
and                                }
Stephanie Ann Williams,            }
Debtors.                           } Chapter 13

## AMENDMENT
*Plan*

Debtors John Elbert Williams, Jr. and Stephanie Ann Williams hereby amend their proposed *Plan* by **substitution**, a duly executed copy of each of which follows, infra.

/s/ James Branum
James Branum, Attorney for Debtors
Box 1296, Newcastle, OK 73065
Phone: 405/387-9888 Fax: 405/387-3799 e-mail: james@branumlaw.com

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 9007(d), I certify that this instrument is served on February 23, 2010 via USPS with 1st Class Postage thereupon fully prepaid to all parties identified on following Exhibit A.

/s/ James Branum
James Branum, oba11622, Attorney for Debtors
Box 1296, Newcastle, OK 73065   405/387-9888
888/927-2686   fax: 405/387-3799

# United States Bankruptcy Court
### Western District of Oklahoma

In re  **John Elbert Williams, Jr.**
  **Stephanie Ann Williams**

Debtor(s)

Case No. **09-16327**
Chapter **13**

## CHAPTER 13 PLAN - AMENDED

1. Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$1,160.00** per month for **60** months.

   Total of plan payments: **$69,600.00**

2. Plan Length: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee:   **10.00%**
      (2) Attorney's Fee (unpaid portion):   **$2,500.00 to be paid through plan in monthly payments**
      (3) Filing Fee (unpaid portion):  **NONE**

   b. Priority Claims under 11 U.S.C. § 507

      (1) Domestic Support Obligations

         (a) Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

         (b) The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 U.S.C. §§ 101(14A) and 1302(b)(6).

            **-NONE-**

         (c) Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

            | Creditor (Name and Address) | Estimated arrearage claim | Projected monthly arrearage payment |
            |---|---|---|
            | -NONE- | | |

         (d) Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

            Claimant and proposed treatment:   **-NONE-**

(2) Other Priority Claims.

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| **Internal Revenue Service** | **200.00** | **0.00%** |

c. Secured Claims

(1) Pre-Confirmation Adequate Protection Payments. Pre-confirmation adequate protection payments to the following Creditors holding allowed claims secured by a purchase money security interest in personal property shall be paid by the Trustee through the plan as provided below. Adequate protection payments shall not accrue or be paid until the Creditor files a proof of claim. The principal amount of the Creditor's claim shall be reduced by the amount of the adequate protection payments remitted.

| Name | Description of Collateral | Pre-Confirmation Monthly Payment |
|---|---|---|
| **American General Finance** | 2000 Dodge SSE four door VIN 1B3J46X1YN136166 valuation per NADA "Clean Retail" as of 2/23/10, over 160,000 miles, four cylinder, Stratus | **100.00** |
| **Auto Finance** | 2002 Buick Rendevouz 150,000 miles, four door plus a hatch, 4 cylinder Location: 809 Camelot Drive, Moore OK valuation per NADA "Clean Retail" as of 2/23/10 | **100.00** |

(2) Secured Debts Which Will Not Extend Beyond the Length of the Plan

(a) Secured Claims Subject to Valuation Under § 506. The Debtor moves the Court to value collateral as follows according to 11 U.S.C. § 506(a). Each of the following secured claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **American General Finance** | 2,869.57 | 77.46 | 12.00% |
| **Auto Finance** | 2,000.00 | 53.99 | 12.00% |
| **James Hanger** | 3,000.00 | 58.82 | 0.00% |

(b) Secured Claims Not Subject to Valuation Under § 506. Each of the following claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the amount of the claim as set forth in the Creditor's proof of claim has been paid in full.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **-NONE-** | | | |

(3) Secured Debts Which Will Extend Beyond the Length of the Plan

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **American General** | **59,218.00** | **691.00** | **11.00%** |

d. Unsecured Claims

(1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| **-NONE-** | | |

(2) General Nonpriority Unsecured: Other unsecured debts shall be paid **5** cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| **American General** | **6,000.00** | **11.00%** |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **-NONE-** | | | |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:
   **NONE. Payments to be made directly by debtor without wage deduction.**

8. The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|---|---|
| **-NONE-** | |

9. Property to Be Surrendered to Secured Creditor

| Name | Amount of Claim | Description of Property |
|---|---|---|
| **-NONE-** | | |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

| Name | Amount of Claim | Description of Property |
|---|---|---|
| **-NONE-** | | |

11. Title to the Debtor's property shall revest in debtor **on confirmation of a plan.**

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:

Date **February 23, 2010**     Signature  **/s/ John Elbert Williams, Jr.**
                                          **John Elbert Williams, Jr.**
                                          Debtor

Date **February 23, 2010**     Signature  **/s/ Stephanie Ann Williams**
                                          **Stephanie Ann Williams**
                                          Joint Debtor

**/s/ James Branum**
Attorney for Debtor(s)
**Branum Law Offices**
**Box 1296**
**Newcastle, OK 73065**
**405/387-9888   888/2branum**
**888/927-2686 Fax:405/387-3799**
**james@branumlaw.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 09-16327<br>Western District of Oklahoma<br>Oklahoma City<br>Tue Feb 23 07:26:30 CST 2010 | American General Financial Services, Inc.<br>7927 N. May Avenue<br>Oklahoma City, OK 73120-4540 | CAMELOT FINANCIAL SERVICES, INC. DBA CHARTER<br>CAMELOT FINANCIAL SERVICES, INC.<br>P. O. BOX 30399<br>MIDWEST CITY, OK 73140-3399 |
| Oklahoma Tax Commission<br>Legal Division<br>120 N Robinson Suite 2000W<br>Oklahoma City, OK 73102-7801 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3440 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3440 | 5 Star Bnk<br>Po Box 35430<br>Colorado Springs CO 80935-3543 | American General Finance<br>8816 S Pennsylvania Ave<br>Suite 400<br>Oklahoma City OK 73159-5243 |
| American General Financial Services, Inc.<br>8816 S. Penn, Suite 500<br>Oklahoma City, OK 73159-5242 | Asset Acceptance Llc<br>Po Box 2036<br>Warren MI 48090-2036 | Auto Finance<br>208 W I-240 Service Rd<br>Oklahoma City OK 73139-8001 |
| C E Wadsack<br>415 W Gray<br>Norman OK 73069-7186 | CAMELOT FINANCIAL SERVICES, INC.<br>DBA CHARTER LOAN SERVICE<br>P. O. BOX 30399<br>MIDWEST CITY, OK 73140-3399 | Cac Financial Corp<br>2601 Nw Expwy<br>Oklahoma City OK 73112-7236 |
| Cmre Financial Svcs In<br>3075 E Imperial Hwy Ste<br>Brea CA 92821-6733 | Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 | Galaxy Portfolios LLC<br>c/o B-Line LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 98111-9221 |
| Gemb/Jcp<br>Po Box 981402<br>El Paso TX 79998-1402 | Hsbc Bank<br>Po Box 5253<br>Carol Stream IL 60197-5253 | Internal Revenue Service<br>55 North Robinson<br>Oklahoma City OK 73102-9229 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk VA 23502-4962 |
| Progressive Mgmt Syste<br>1521 W Cameron Ave Fl 1<br>West Covina CA 91790-2738 | Stuart Allan & Assoc<br>5447 E 5th St Ste 110<br>Tucson AZ 85711-2345 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Tnb - Target<br>Po Box 673<br>Minneapolis MN 55440-0673 | World Acceptance Corp<br>830 Nw 12th St<br>Moore OK 73160-1709 | World Acceptance Corporation<br>2219 West I-240 Service Rd, Ste 108<br>Oklahoma City, OK 73159-8251 |

World Finance Corp
2219 W I240 Service Rd S
Oklahoma City OK 73159-8250

James Branum
Branum Law Offices
PO Box 1296
Newcastle, OK 73065-1296

John Elbert Williams Jr.
809 Camelot Drive
Moore, OK 73160-1509

John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101-1948

Stephanie Ann Williams
809 Camelot Drive
Moore, OK 73160-1509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American General
1125 SW59th
Mail Returned-99999

(u)Auto Finance
1125 SW59th
Mail Returned-99999

(u)E.R Soulution
Po Box 97029
Mail Returned-99999

(u)James Hanger
212 East Vidalway
Mail Returned-99999

(d)Oklahoma Tax Commission
Legal Division
120 N. Robinson, Suite 2000W
Oklahoma City, OK  73102-7801

End of Label Matrix
Mailable recipients    34
Bypassed recipients     5
Total                  39