IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: John Elbert Williams, Jr. } Case No. 09-16327NLJ
and }
Stephanie Ann Williams, }
Debtors. } Chapter 13

## MOTION TO MODIFY PLAN

Debtors John Elbert Williams, Jr. and Stephanie Ann Williams, (herein referred to as "Debtors"), respectfully move the Court to modify their Plan as follows:

1 -   Treat payments as current through October, 2012.

2.   Increase payments to $1,375.60 monthly beginning October, 2012 through remainder of the *Plan*.

In Support Whereof, Debtors allege:

1.   Debtors filed for relief under Chapter 13 of the Bankruptcy Code on November 5, 2012 and Plan was confirmed on March 31, 2010, providing for payment of $1,160 for six months and $1,265 monthly for period of 54 months.

2.   Due to temporary business slow-downs, Debtors' earnings dropped and payments gradually accrued a delinquency of $3,165.

3.   Debtor's earnings have increased and Debtors continue to make payments required under the *Plan* and for the past two months increased payments by $200 monthly.

4.   By inadvertent oversight, Debtors' counsel failed to file motion to modify

when intended in mid-September, 2012 and therefore this motion is made without request of customary attorney's fee. Debtors have on this date expressed willingness for inclusion of such fee but it is not included to off-set the inconvenience incurred by Debtors and Trustee's office.

5. It appears the proofs of claim timely filed herein before the deadline are materially less numerically than the amounts scheduled for payment in originally proposed *Plan*.

6. Debtors request that their Plan payments be presumed to be current through October, 2012.

/s/ James Branum
James Branum, Attorney for Debtors,
oba11622, Box 1296, Newcastle, OK 73065
405/387-9888    fax:   405/387-9888,
james@branumlaw.com

## Certificate of Service

Pursuant to Local Rule 9007(d), I certify that this instrument is served on October 24, 2012 via USPS with 1st Class Postage thereupon fully prepaid, addressed to all parties identified on following Exhibit A.

/s/ James Branum
James Branum, oba11622, Attorney for Debtors
Box 1296, Newcastle, OK 73065 405/387-9888
888/927-2686  fax: 405/387-3799

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 09-16327<br>Western District of Oklahoma<br>Oklahoma City<br>Wed Oct 24 22:11:33 CDT 2012 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| CAMELOT FINANCIAL SERVICES, INC. DBA CHARTER<br>CAMELOT FINANCIAL SERVICES, INC.<br>P. O. BOX 30399<br>MIDWEST CITY, OK 73140-3399 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Internal Revenue Service<br>55 N Robinson Stop 5024<br>Oklahoma City, OK 73102-9229 |
| Oklahoma Tax Commission<br>Legal Division<br>120 N Robinson Suite 2000W<br>Oklahoma City, OK 73102-7801 | Quantum3 Group LLC as agent for<br>Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | 5 Star Bnk<br>Po Box 35430<br>Colorado Springs CO 80935-3543 |
| American General Financial Services, Inc.<br>8816 S. Penn, Suite 500<br>Oklahoma City, OK 73159-5242 | Asset Acceptance Llc<br>Po Box 2036<br>Warren MI 48090-2036 | Auto Finance<br>208 W I-240 Service Rd<br>Oklahoma City OK 73139-8001 |
| C E Wadsack<br>415 W Gray<br>Norman OK 73069-7186 | CAMELOT FINANCIAL SERVICES, INC.<br>DBA CHARTER LOAN SERVICE<br>P. O. BOX 30399<br>MIDWEST CITY, OK 73140-3399 | Cac Financial Corp<br>2601 Nw Expwy<br>Oklahoma City OK 73112-7236 |
| Cmre Financial Svcs In<br>3075 E Imperial Hwy Ste<br>Brea CA 92821-6753 | Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 | Galaxy Portfolios LLC<br>c/o B-Line LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 98111-9221 |
| Gemb/Jcp<br>Po Box 981402<br>El Paso TX 79998-1402 | Hsbc Bank<br>Po Box 5253<br>Carol Stream IL 60197-5253 | Internal Revenue Service<br>55 North Robinson<br>Oklahoma City OK 73102-9229 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 |
| Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk VA 23502-4962 | Progressive Mgmt Syste<br>1521 W Cameron Ave Fl 1<br>West Covina CA 91790-2738 | Quantum3 Group LLC<br>Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| Stuart Allan & Assoc<br>5447 E 5th St Ste 110<br>Tucson AZ 85711-2345 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Tnb - Target<br>Po Box 673<br>Minneapolis MN 55440-0673 |
| World Acceptance Corp<br>830 Nw 12th St<br>Moore OK 73160-1709 | World Acceptance Corporation<br>2219 West I-240 Service Rd, Ste 108<br>Oklahoma City, OK 73159-8251 | World Finance Corp<br>2219 W I240 Service Rd S<br>Oklahoma City OK 73159-8250 |
| Dhar Sandhu<br>Quantum 3 Group<br>1524 Market St., Ste. 200<br>Kirkland, WA 98033-5458 | James Branum<br>Branum Law Offices<br>PO Box 1296<br>Newcastle, OK 73065-1296 | John Elbert Williams Jr.<br>809 Camelot Drive<br>Moore, OK 73160-1509 |
| John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 | Stephanie Ann Williams<br>809 Camelot Drive<br>Moore, OK 73160-1509 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Financial Services, Inc.<br>7927 N. May Avenue<br>Oklahoma City, OK 73120 United States | (d)American General Finance<br>8816 S Pennsylvania Ave<br>Suite 400<br>Oklahoma City OK 73159 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American General<br>1125 SW59th<br>Mail Returned-99999 | (u)Auto Finance<br>1125 SW59th<br>Mail Returned-99999 | (u)E.R Soulution<br>Po Box 97029<br>Mail Returned-99999 |
| (d)East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | (u)James Hanger<br>212 East Vidalway<br>Mail Returned-99999 | (d)Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 2000W<br>Oklahoma City, OK 73102-7801 |
| (d)Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients    7<br>Total                  47 | |