IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                          CHAPTER 13

JOHN ELBERT WILLIAMS JR & STEPHANIE ANN WILLIAMS   CASE NO. 09-16327 NLJ

       Debtor(s).

_____
NOTICE TO WITHDRAW MOTION TO DISMISS BY TRUSTEE
_____

COMES NOW JOHN HARDEMAN, THE CHAPTER 13 TRUSTEE, AND STATES TO THE COURT THAT A MOTION OF DISMISSAL WAS FILED ON 09/06/2012 IN THE ABOVE-STYLED CASE. SINCE THE FILING OF THE MOTION OF DISMISSAL ABOVE-STYLED DEBTOR(S) HAVE MADE A CURRENT PAYMENT.

THEREFORE, THE TRUSTEE WITHDRAWS HIS MOTION OF DISMISSAL.

HEARING DATE:

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

CERTIFICATE OF MAILING

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE-STYLED NOTICE WAS SENT TO ALL PARTIES ON ATTACHED MAILING MATRIX THIS 02/01/2013.

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE
#693/KG